IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**LEROY RUBEN MORALES, SR.**,

        Petitioner,

       v.

**BRIAN BELLEQUE**,

        Respondent.

No. 3:10-cv-00011-AC

OPINION AND ORDER

**MOSMAN, J.**,

On July 3, 2012, Magistrate Judge Acosta issued his Findings and Recommendation ("F&R") [43] in the above-captioned case recommending that the petitioner's Petition for Writ of Habeas Corpus [2] be denied and a certificate of appealability should be denied. The petitioner objected [45] and the government responded [46].

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121

1 – OPINION AND ORDER

(9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Acosta's recommendation, and I ADOPT the F&R [43] as my own opinion.

IT IS SO ORDERED.

DATED this  25th  day of August, 2012.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

2 – OPINION AND ORDER